[No. 25275-5-I. Division One. July 8, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. NEIL D. DAVIS, *Appellant*.

The opinion in the above captioned case which appeared in the advance sheets at 61 Wn. App. 800–805 has not been published in this permanent bound volume pursuant to an

order of the Court of Appeals dated September 5, 1991, directing that the opinion be withdrawn.

THE NEXT PAGE IS NUMBERED 805.